| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2016 to 01/10/2017
**Chapter 13 Case No. 14-35406 / KCF**

Juliana M. Ivory
319 Sassafras Street
Browns Mills  NJ     08015

Petition Filed Date: 12/18/2014
341 Hearing Date: 01/15/2015
Confirmation Date: 03/11/2015

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2016 | $315.00 | 27152070 - | 02/29/2016 | $315.00 | 28093070 - | 04/06/2016 | $315.00 | 29148420 - |
| 04/26/2016 | $315.00 | 29606560 - | 06/03/2016 | $310.00 | 30621480 - | 07/25/2016 | $310.00 | 31857140 - |
| 09/09/2016 | $310.00 | 33091180 - | 09/23/2016 | $310.00 | 33406750 - | 10/28/2016 | $310.00 | 34298230 - |
| 11/18/2016 | $310.00 | 34872830 - | | | | | | |

**Total Receipts for the Period: $3,120.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,875.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Juliana M. Ivory | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  12 DODGE TRUCK/SV 10/18/16 | Debt Secured by Vehicle | $499.55 | $147.67 | $351.88 |
| 0 | Robert Braverman<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 2 | PNC MORTGAGE<br>»»  P/319 SASSAFRAS ST | Mortgage Arrears | $10,796.79 | $4,312.53 | $6,484.26 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/10/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,875.00 | Plan Balance: | $7,750.00 ** |
| Paid to Claims: | $6,460.20 | Current Monthly Payment: | $310.00 |
| Paid to Trustee: | $362.94 | Arrearages: | $935.00 |
| Funds on Hand: | $51.86 | Total Plan Base: | $14,625.00 |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**