UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert N. Braverman, Esquire (RB4093)
Law Office of Robert Braverman, LLC
1060 N. Kings Hwy., Suite #333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys for Debtor

In Re:

JULIANA M. IVORY

   Debtor.

Case No.: 14-35406

Chapter: 13

Adv. No.:

Hearing Date: 01/25/2017

Judge: KCF

## CERTIFICATION OF SERVICE

1. I, _____Kathy Brocious_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _Robert N. Braverman, Esquire_, who represents _debtor, Juliana M. Ivory_ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____January 23, 2017_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Reclassify Claim of Capital One Auto Finance (indicating hearing date "to be rescheduled"), supporting Certification, proposed form of Order and transmittal letter (attached) via certified mail, return receipt requested, and regular mail at addressed listed

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 23, 2017

/s/ Kathy Brocious
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Auto Finance, Inc.<br>Attn: Dave Lawson, CEO<br>3905 North Dallas, Suite 1000<br>Plano, TX 75093<br><br>Certified #70150640000344111151 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance c/o<br>Ascension Capital Group<br>Attn: Marian Garza, Paralegal<br>PO Box 201347<br>Arlington, TX 76006<br><br>Certified #70150640000344111175 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Robert N. Braverman, Esquire (RB4093)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1060 N. Kings Hwy., Suite 333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys For Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| JULIANA M. IVORY, | : | CASE #14-35406/KCF |
| Debtor. | : | Hearing Date: ~~12/14/2016 @ 9:00 am~~ **(To Be Rescheduled)** |

## NOTICE OF MOTION FOR ORDER
## RECLASSIFYING CLAIM OF CAPITAL ONE AUTO FINANCE (Claim #1)

Debtor, Juliana M. Ivory, has filed papers with the Court seeking to Reclassify the Claim of Capital One Auto Finance (Claim #1). **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought, or if you want the Court to consider your view on the Motion, then on or before  ~~December 7, 2016~~ , you or your attorney must:

File with the Court a written request for a hearing or, if the Court requires a written response, an answer, explaining your position at the U.S. Bankruptcy Court, 401 Market Street, Camden, New Jersey, 08101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also mail a copy to:

> Robert N. Braverman, Esquire
> 1060 N. Kings Hwy., Suite 333
> Cherry Hill, NJ 08034

Your must attend the hearing scheduled to be held on  ~~December 14, 2016 @ 9:00 am~~  in Courtroom #2, U.S. Bankruptcy Court, 402 East State Street, Trenton, New Jersey, 08608.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief.

                                        LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                        Attorneys For Debtor,

                                        By: /s/ Robert N. Braverman
DATED:    November 9, 2016              ROBERT N. BRAVERMAN, ESQUIRE

## Law Office Of
## Robert Braverman, LLC
### Attorney At Law

1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115   Facsimile (856) 414-1230

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
  American Board of Certification
  Consumer Bankruptcy Law
# BOARD CERTIFIED –
  American Board of Certification
  Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

January 23, 2017

Capital One Auto Finance c/o
Ascension Capital Group
Attn: Marian Garza, Paralegal
PO Box 201347
Arlington, TX 76006

RE:   **JULIANA M. IVORY** – Bkrtcy. Case #14-35406/kcf

Dear Ms. Garza:

Enclosed please find Notice of Motion to Reclassify the Claim of Capital One Auto Finance together with supporting Certification, and proposed form of Order.

**Said Motion may affect your interest adversely.** YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER GRANTING THE WITHIN MOTION WILL BIND YOU TO ALL OF THE TERMS OF SAME.

Very truly yours,

/s/ Robert N. Braverman

ROBERT N. BRAVERMAN

RNB/kb
Enclosure
Via Regular & Certified Mail – RRR

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required    $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$
Total Postage and Fees
$
Sent To: Cap One Auto c/o Ascension
         Attn Marian Garza Para.
Street and Apt. No., or PO Box No.
PO Box 201347
City, State, ZIP+4
Arlington TX 76006

Postmark
Here

## Law Office Of
## Robert Braverman, LLC
### Attorney At Law

1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115   Facsimile (856) 414-1230

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
  American Board of Certification
  Consumer Bankruptcy Law
# BOARD CERTIFIED –
  American Board of Certification
  Business Bankruptcy Law

January 23, 2017

Capital One Auto Finance, Inc.
Attn: Dave Lawson, CEO
3905 North Dallas, Suite 1000
Plano, TX 75093

RE:   **JULIANA M. IVORY – Bkrtcy. Case #14-35406/kcf**

Dear Mr. Lawson:

Enclosed please find Notice of Motion to Reclassify the Claim of Capital One Auto Finance together with supporting Certification, and proposed form of Order.

**Said Motion may affect your interest adversely.** YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER GRANTING THE WITHIN MOTION WILL BIND YOU TO ALL OF THE TERMS OF SAME.

Very truly yours,

/s/ Robert N. Braverman

RNB/kb
Enclosure
Via Regular & Certified Mail – RRR

ROBERT N. BRAVERMAN

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To Attn: Dave Lawson CEO Capital One Auto Finance
Street and Apt. No., or PO Box No. 3905 N Dallas, Suite 1000
City, State, ZIP+4® Plano TX 75093

Postmark
Here