|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert N. Braverman, Esquire (RB4093)<br>LAW OFFICE OF ROBERT BRAVERMAN, LLC<br>1060 N. Kings Hwy., Suite 333<br>Cherry Hill, NJ 08034<br>(856) 348-0115<br>Attorneys for Debtor | Order Filed on February 27, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JULIANA M. IVORY,<br><br>    Debtor. | Case #14-35406<br><br>Adv. #<br>             2/22/2017<br>Hearing Date:  ~~12/14/2016 @ 9:00 am~~<br><br>Judge:  KCF |

## ORDER RECLASSIFYING CLAIM OF
## CAPITAL ONE AUTO FINANCE (Claim #1)

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: February 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page (2)
Debtor:            Juliana M. Ivory
Case #:            14-35406/kcf
Caption of Order:  Order Reclassifying Claim of Capital One Auto Finance (Claim #1)

    This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE of LAW OFFICE OF ROBERT BRAVERMAN, LLC, attorney for the above captioned debtor, pursuant to a Motion to Reclassify the Claim of Capital One Auto Finance (Claim #1), and the Court having reviewed the supporting documents filed herein and having heard the arguments of counsel, and for good cause shown;

    It is ORDERED that the Claim of Capital One Auto Finance (Claim #1) be and the same is hereby reclassified from Secured to UNSECURED.