| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert N. Braverman, Esquire (RB4093)<br>LAW OFFICE OF ROBERT BRAVERMAN, LLC<br>1060 N. Kings Hwy., Suite 333<br>Cherry Hill, NJ 08034<br>(856) 348-0115<br>Attorneys for Debtor | **Order Filed on February 27, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>JULIANA M. IVORY,<br><br>　　　Debtor. | Case #14-35406<br><br>Adv. #<br>　　　　　　2/22/2017<br>Hearing Date: ~~12/14/2016 @ 9:00 am~~<br><br>Judge:　KCF |

## ORDER RECLASSIFYING CLAIM OF
## CAPITAL ONE AUTO FINANCE (Claim #1)

　　The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: February 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page (2)
Debtor: Juliana M. Ivory
Case #: 14-35406/kcf
Caption of Order: Order Reclassifying Claim of Capital One Auto Finance (Claim #1)

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE of LAW OFFICE OF ROBERT BRAVERMAN, LLC, attorney for the above captioned debtor, pursuant to a Motion to Reclassify the Claim of Capital One Auto Finance (Claim #1), and the Court having reviewed the supporting documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is ORDERED that the Claim of Capital One Auto Finance (Claim #1) be and the same is hereby reclassified from Secured to UNSECURED.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-35406-KCF
Juliana M. Ivory                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Feb 27, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db            +Juliana M. Ivory,    319 Sassafras Street,    Browns Mills, NJ 08015-1318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Joel A. Ackerman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION.
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Robert   Braverman    on behalf of Debtor Juliana M. Ivory robert@bravermanlaw.com
                                                                                             TOTAL: 11