UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on March 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Juliana M. Ivory

Debtor(s)

Case No.: 14-35406 / KCF

Hearing Date: 02/22/2017

Judge: Kathryn C. Ferguson

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: March 3, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $7,495.00 paid to date

- Debtor(s) shall remit $314.00 per month to the Trustee for 22 months beginning 03/01/2017

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Juliana M. Ivory  
    Debtor

Case No. 14-35406-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 03, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db             +Juliana M. Ivory,    319 Sassafras Street,    Browns Mills, NJ 08015-1318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:

           Albert Russo    docs@russotrustee.com  
           Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
           Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
           Alexandra T. Garcia    on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION NJECFMAIL@mwc-law.com  
           Celine P. Derkrikorian    on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION njecfmail@mwc-law.com  
           Denise E. Carlon    on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jason Brett Schwartz    on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com  
           Joel A. Ackerman    on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION jackerman@zuckergoldberg.com  
           Joshua I. Goldman    on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joshua I. Goldman    on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Robert Braverman    on behalf of Debtor Juliana M. Ivory robert@bravermanlaw.com  
                                                                                                  TOTAL: 11