UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Juliana M. Ivory,

Debtor.

Case No.:    14-35406-KCF

Chapter:    13

Hearing Date:    3/29/2017

Judge:    Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 319 Sassafras Street, Browns Mills, NJ 08015

(#56 on the docket)

Date: 3/28/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*