UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

    Juliana M. Ivory,

Debtor.

Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-35406-KCF

Adv. No.:

Hearing Date: 3/29/2017 @ 9:00 a.m..

Judge: Kathryn C. Ferguson

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Juliana M. Ivory
Case No:  14-35406-KCF
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 319 Sassafras Street, Browns Mills, NJ 08015, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert Braverman, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 15, 2017, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2016 through March 2017 for a total post-petition default of $3,920.43 (1 @ $983.40, 3 @ $979.01); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,920.43 will be paid over six months by Debtor remitting $653.41 per month, which additional payments shall begin on April 1, 2017 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2017, directly to Secured Creditor's servicer  (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Juliana M. Ivory  
    Debtor

Case No. 14-35406-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 13, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db            +Juliana M. Ivory,    319 Sassafras Street,    Browns Mills, NJ 08015-1318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:

         Albert   Russo     docs@russotrustee.com  
         Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Alexandra T. Garcia     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION NJECFMAIL@mwc-law.com  
         Celine P. Derkrikorian     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
          njecfmail@mwc-law.com  
         Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com  
         Joel A. Ackerman     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION jackerman@zuckergoldberg.com  
         Joshua I. Goldman     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Robert   Braverman     on behalf of Debtor Juliana M. Ivory robert@bravermanlaw.com  
                                                                                                                                      TOTAL: 11