| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 14-35406 / KCF**

| | |
|---|---|
| Juliana M. Ivory | Petition Filed Date: 12/18/2014 |
| 319 Sassafras Street | 341 Hearing Date: 01/15/2015 |
| Browns Mills   NJ     08015 | Confirmation Date: 03/11/2015 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2017 | $620.00 | 36571580 | 04/21/2017 | $628.00 | 38976860 | 06/09/2017 | $314.00 | 40326540 |
| 07/31/2017 | $314.00 | 41575980 | 09/08/2017 | $314.00 | 42711450 | 09/11/2017 | $314.00 | 42742670 |
| 11/27/2017 | $314.00 | 44624900 | 12/06/2017 | $628.00 | 44999590 | 01/23/2018 | $314.00 | 46129170 |

**Total Receipts for the Period:  $3,760.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,635.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Juliana M. Ivory | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  12 DODGE TRUCK/ORDER 2/27/17 RECLASSIFY | Unsecured Creditors | $18,539.29 | $147.67 | $18,391.62 |
| 0 | Robert Braverman<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 2 | PNC MORTGAGE<br>»»  P/319 SASSAFRAS ST | Mortgage Arrears | $10,796.79 | $7,067.92 | $3,728.87 |
| 3 | PNC MORTGAGE<br>»»  319 SASSAFRAS ST/ORDER 4/13/17 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,635.00 | Plan Balance: | $4,580.00 ** |
| Paid to Claims: | $9,746.59 | Current Monthly Payment: | $314.00 |
| Paid to Trustee: | $594.82 | Arrearages: | $628.00 |
| Funds on Hand: | $293.59 | Total Plan Base: | $15,215.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**