Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–35406–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juliana M. Ivory
   319 Sassafras Street
   Browns Mills, NJ 08015

Social Security No.:
   xxx–xx–1135

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/24/18 at 09:00 AM

to consider and act upon the following:

*63* − Creditor's Certification of Default (related document:56 Motion for Relief from Stay re: 319 Sassafras Street, Browns Mills NJ 08015. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 59 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 10/17/2018. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Certificate Re: Post−Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/15/18

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court