Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14−35406−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Juliana M. Ivory
 319 Sassafras Street
 Browns Mills, NJ 08015

Social Security No.:
 xxx−xx−1135

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/24/18 at 09:00 AM

to consider and act upon the following:

*63* − Creditor's Certification of Default (related document:56 Motion for Relief from Stay re: 319 Sassafras Street, Browns Mills NJ 08015. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 59 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 10/17/2018. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Certificate Re: Post−Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/15/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Juliana M. Ivory  
    Debtor

Case No. 14-35406-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Oct 15, 2018  
                 Form ID: ntchrgbk   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
db     +Juliana M. Ivory,   319 Sassafras Street,   Browns Mills, NJ 08015-1318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
      Albert Russo   docs@russotrustee.com  
      Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
      Alexandra T. Garcia   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Celine P. Derkrikorian   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION njecfmail@mwc-law.com  
      Denise E. Carlon   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com  
      Joshua I. Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Joshua I. Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Robert Braverman   on behalf of Debtor Juliana M. Ivory robert@bravermanlaw.com  
      TOTAL: 10