UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Juliana Ivory,

Debtor.

Case No.: __14-35406-KCF__

Chapter: __13__

Hearing Date: __11/14/2018__

Judge: __Ferguson__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 319 Sassafras Street (Docket # 63)

_____

Date: 11/12/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*