| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
### Chapter 13 Case No. 14-35406 / KCF

Juliana M. Ivory

Petition Filed Date: 12/18/2014
341 Hearing Date: 01/15/2015
Confirmation Date: 03/11/2015

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2018 | $314.00 | 46129170 | 02/27/2018 | $314.00 | 47007830 | 03/27/2018 | $314.00 | 47804820 |
| 04/20/2018 | $314.00 | 48478320 | 05/07/2018 | $314.00 | 48976320 | 07/05/2018 | $314.00 | 50460550 |
| 07/30/2018 | $314.00 | 51064870 | 08/13/2018 | $314.00 | 51456590 | 09/21/2018 | $314.00 | 52489750 |
| 10/09/2018 | $314.00 | 52939990 | 12/14/2018 | $314.00 | 54680980 | 12/31/2018 | $314.00 | 54992080 |

**Total Receipts for the Period:  $3,768.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,089.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Juliana M. Ivory | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  12 DODGE TRUCK/ORDER 2/27/17 RECLASSIFY | Unsecured Creditors | $18,539.29 | $147.67 | $18,391.62 |
| 0 | Robert Braverman<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 2 | PNC MORTGAGE<br>»»  P/319 SASSAFRAS ST | Mortgage Arrears | $10,796.79 | $9,802.25 | $994.54 |
| 3 | PNC MORTGAGE<br>»»  319 SASSAFRAS ST/ORDER 4/13/17 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 4 | PNC MORTGAGE<br>»»  319 SASSAFRAS ST/ORDER 11/27/18 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,089.00 | Plan Balance: | $1,348.00 ** |
| Paid to Claims: | $12,680.92 | Current Monthly Payment: | $314.00 |
| Paid to Trustee: | $824.04 | Arrearages: | $628.00 |
| Funds on Hand: | $584.04 | Total Plan Base: | $15,437.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**