| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 14-35406 / MBK**

Juliana M. Ivory

Petition Filed Date: 12/18/2014
341 Hearing Date: 01/15/2015
Confirmation Date: 03/11/2015

Case Status: **Completed on 10/ 8/2019**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | $314.00 | 55761510 | 02/22/2019 | $314.00 | 56396710 | 03/22/2019 | $628.00 | 57204080 |
| 10/08/2019 | $100.00 | 62407380 | | | | | | |

**Total Receipts for the Period: $1,356.00    Amount Refunded to Debtor Since Filing: $100.00    Total Receipts Since Filing: $15,445.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Juliana M. Ivory | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  12 DODGE TRUCK/ORDER 2/27/17 RECLASSIFY | Unsecured Creditors | $27,006.64 | $905.25 | $26,101.39 |
| 0 | ROBERT BRAVERMAN<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 2 | PNC MORTGAGE<br>»»  P/319 SASSAFRAS ST | Mortgage Arrears | $10,796.79 | $10,796.79 | $0.00 |
| 3 | PNC MORTGAGE<br>»»  319 SASSAFRAS ST/ORDER 4/13/17 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 4 | PNC MORTGAGE<br>»»  319 SASSAFRAS ST/ORDER 11/27/18 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | Juliana M. Ivory | Debtor Refund | $100.00 | $100.00 | $0.00 |

### SUMMARY

**Your case was Completed on 10/08/2019.**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | |
|---|---|
| Total Receipts: | $15,445.00 |
| Paid to Claims: | $14,533.04 |
| Paid to Trustee: | $911.96 |
| Funds on Hand: | $0.00 |